MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Date: 7/23/21
Judge: James S. Gwin
Case No.: 1:21-CV-686
Court Reporter: None

BRANDI JOHANSEN, )
 )
 PLAINTIFF, )
v. )
 )
UNITED CONCESSIONS GROUP, INC., )
 )
 DEFENDANT. )

MATTERS CONSIDERED: Case management conference held by video.

TOTAL TIME: 45 minutes

*s/ Lexie Tintor*
Courtroom Deputy Clerk