IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| BRANDI JOHANSEN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED CONCESSIONS GROUP, INC., <br><br> Defendant. | Civil Case No. 1:21-cv-00686 <br><br> JUDGE JAMES S. GWIN <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** |

Now come Plaintiff Brandi Johansen and Defendant United Concessions Group, Inc. (collectively "the Parties") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and hereby stipulate to the dismissal of the entirety of this matter, *with prejudice*, each Party to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| ZASHIN & RICH CO., L.P.A. | THE SPITZ LAW FIRM, LLC |
| */s/ Lisa A. Kainec* | */s/ Daniel S. Dubow* |
| Stephen S. Zashin (0064557) | Daniel S. Dubow (0095530) |
| ssz@zrlaw.com | daniel.dubow@spitzlawfirm.com |
| Lisa A. Kainec (0061551) | Taurean J. Shattuck (0097364) |
| lak@zrlaw.com | taurean.shattuck@spitzlawfirm.com |
| 950 Main Avenue, 4th Floor | 25200 Chagrin Boulevard, Suite 200 |
| Cleveland, Ohio 44113 | Beachwood, Ohio 44122 |
| Phone: (216) 696-4441 | Phone: (216) 291-4744 |
| Fax: (216) 696-1618 | Fax: (216) 291-5744 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |