# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| BRANDI JOHANSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED CONCESSIONS GROUP, INC.,　　Defendant. | Civil Case No. 1:21-cv-00686<br><br>JUDGE JAMES S. GWIN<br><br><br>**JUDGMENT** |

　　The Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

　　**IT IS SO ORDERED.**


Dated: 10/7/2021　　　　　　　　　　　　　　*s/　　James S. Gwin*
　　　　　　　　　　　　　　　　　　　　　　JAMES S. GWIN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE